UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ADVANCED COMMUNICATION DESIGN, INC.,

Plaintiff,

v.

BERTELSMANN MUSIC GROUP, d/b/a BMG Entertainment,

Defendant.

CIVIL NO. 01-605 (DSD/JMM)

ORDER

The above matter came on before the undersigned upon the Motion of the Parties, by way of Stipulation, for an Extension of Time to October 3, 2001 for the service of the Summons and Complaint.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the Stipulation/Motion for an Extension of Time is granted in part. Defendant shall serve and file its response to the Complaint no later than August 13, 2001.

Dated: August 2, 2001

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

This matter was commenced by the filing of the Complaint on April 6, 2001. Fed. R. Civ. Pro. 3. Pursuant to Rule 4(m) of said Rules, service of the Complaint upon

FILED AUG 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Defendant is required to be made within 120 days after the filing of the Complaint. By Order dated July 25, 2001, the District Court called the provisions of said Rule to the attention of the Parties, and required prompt response.

An extension of this time is now sought for the purpose of pursuing settlement discussions. Although it appears that Defendant has a copy of the Complaint, (since it is engaged in settlement negotiations with Plaintiff), the Parties ask for an extension of time for service of the Complaint, not an extension of time for the Defendant to Answer the Complaint. We are not persuaded that good cause has been established for this extension of time.

If it is the desire of a Plaintiff that litigation should not proceed, it has the option of either not filing a Complaint, or the possibility of dismissing the Complaint if it has already been filed. Once an action is commenced, it is the duty of the Court to establish a pretrial schedule, and to cause the action to proceed to its conclusion. Once a Complaint is served, if it is the desire of the Defendant that it be permitted an extension of time for Answer, application may be made to the Court by Motion. A Stay of the action may also be sought by Motion.

J.M.M.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500