**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Advanced Communications Design, Inc.,

Plaintiff,

vs.

Bertelsmann Music Group, Inc.,
d/b/a BMG Entertainment,

Defendant.

No. 01-CV-605 (DSD/JMM)

**ORDER OF DISMISSAL**

This matter came before the Court on the stipulation of the parties to an order dismissing this action under Fed. R. Civ. P. 41(a). Based on all the facts, records, and proceedings, and the parties' stipulation,

IT IS HEREBY ORDERED that this action is hereby DISMISSED without prejudice. Each party shall be responsible for any and all of its attorneys' fees, costs, or disbursements.

SO ORDERED.

Dated: August 14, 2001

DAVID S. DOTY
UNITED STATES DISTRICT JUDGE

M2:20405285.01

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

FILED 8-15-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 8-15-01
Deputy Clerk's Initials

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Advanced Communications Design, Inc.,

Plaintiff,

vs.

Bertelsmann Music Group, Inc.,
d/b/a BMG Entertainment,

Defendant.

No. 01-CV-605 (DSD/JMM)

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)**

WHEREAS, Plaintiff Advanced Communications ("ACD") filed the above captioned action for declaratory relief on April 6, 2001 (the "Action"); and

WHEREAS, Defendant BMG Music d/b/a BMG Entertainment ("BMG") (incorrectly identified herein as Bertelsmann Music Group, Inc. d/b/a BMG Entertainment) was not served with process in the Action and, therefore, never answered or responded to the complaint in the Action nor consented to the jurisdiction or venue of the Court; and

WHEREAS, ACD and BMG believe that dismissal of the Action without prejudice (subject to the conditions set forth below) will be in the parties' interest in order to pursue ongoing settlement discussions;

THEREFORE, the parties, through their undersigned counsel, hereby agree as follows:

1. The Court may enter the attached order dismissing this Action in its entirety without prejudice under Fed. R. Civ. P. 41(a). Each party shall be responsible for any and all of its attorneys' fees, costs, or disbursements.

2. Each party reserves the right to commence an action against the other in the future relating to the subject matter of the Action; provided, however, that ACD agrees that it shall

FILED ______
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

provide five business days' written notice to BMG's undersigned counsel prior to commencing an action against BMG in any jurisdiction relating to the subject matter of the Action, and BMG agrees (whether ACD has given notice pursuant to the prior clause or not) that BMG shall provide eight business days' written notice to ACD's undersigned counsel prior to commencing an action against ACD in any jurisdiction relating to the subject matter of the Action. If ACD commences an action against BMG in any jurisdiction prior to the expiration of the eight-business-day notice period that applies to BMG's commencement of an action against ACD, BMG shall not be required to wait until the expiration of said eight business days to commence an action against ACD in any jurisdiction and may immediately commence such an action.

3. If either party breaches its obligations under paragraph 2 above, the other party shall be entitled to move the Court in which the action was commenced to dismiss that action based on the commencing party's violation of its obligations under paragraph 2 above.

Dated: Aug. 13, 2001

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By [signature]
John B. Lunseth II (#65341)
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7951

Attorneys for Plaintiff

Dated: 8/13, 2001

FAEGRE & BENSON, LLP

By [signature]
Charles F. Webber (#215247)
2200 Norwest Center
Minneapolis, MN 55402
(612) 766-7000

Attorneys for Defendant

M2:20405285.01

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500